05-15-00683-CV

No. CC-15-02377 - B

FILED
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY, TEXAS

2015 MAY 29 PM 4:07

Deborah McClough
_Plaintiff_

v.

Douglas Merrow
_Defendant_

In the _County_ Court

Dallas County, Texas

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/1/2015 9:07:05 AM
LISA MATZ
Clerk

2

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, self-represented, and files this Notice of Appeal from the judgment signed by the Court on 5/28/15 Douglas Merrow Defendant, appeals to the 5th Court of Appeals at Dallas, Texas.

Respectfully submitted,

Print Name: Douglas Merrow
Address:
11330 Trail Ln Balch Springs
Telephone: 214 317 3819

## CERTIFICATE OF SERVICE

I, Douglas Merrow, Defendant, do hereby certify that a true and correct copy of the foregoing has been mailed, certified mail, return receipt requested, to Deborah McClough, Attorney for Plaintiff, at _____, _____, Texas, on this the 29 day of May, 20 15

Signature

Douglas Merrow
Print Name

DMerrow77@Gmail.com